**CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, Plaintiff–Appellant,**

v.

**WORLDPORT COMMUNICATIONS, INC., Intercontinental Exchange, Inc., Worldport/ICX, Inc., and Militel, Defendants,**

and

**Telenational Corporation, Defendant–Appellee.**

No. 2008–1351.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2008.

John P. Sutton, of San Francisco, CA, for plaintiff-appellant.

Robert L. Esensten, Wasserman, Comden & Casselman LLP, of Tarzana, CA, for defendant-appellee.

NEWMAN, LINN, and MOORE, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.